# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. JAMES, et al.,<br><br>                                    Plaintiff,<br>   vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                                    Defendant. | CASE NO. 08cv2043 - IEG (CAB)<br><br>ORDER GRANTING:<br>(1) PLAINTIFF'S EX PARTE APPLICATION SEEKING LEAVE TO ELECTRONICALLY FILE DOCUMENTS WITH THE COURT AND ATTEND ELECTRONIC FILING CLASSES |

Pro se plaintiff Samuel St. James filed an Ex Parte Request to Attend the Case Management/Electronic Filing Case Filing Class. (Doc. No. 3.) In support, plaintiff represents he possesses both the means and the capability to file documents using the Case Management/Electronic Case Filing (CM/ECF) system. Plaintiff feels his ability to use the CM/ECF system will facilitate management and security of records, reduce delays, and save costs.

GOOD CAUSE APPEARING, Plaintiff's motion is **GRANTED**. Plaintiff is ordered to attend CM/ECF classes with the Clerk's Office. Accordingly, plaintiff is directed to contact the Clerk's Office at (619)557-5600 to arrange training and register as both a CM/ECF user and a subscriber to PACER <u>within seven (7) days of this Order's filing date</u>.

**IT IS SO ORDERED**

DATED: November 21, 2008

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court