# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES and MA. CHARITO L. ST. JAMES, doing business as St. James Family Child Care,<br><br>                                    Plaintiff,<br>    vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES COMMUNITY CARE LICENSING DIVISION; SHELLY HIGH; GLORIA MERK; JO FREDERICK; and DOE'S 1 THRU 30, inclusive,<br><br>                                    Defendant. | CASE NO. 08cv2043 - IEG - CAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (Doc. No. 14) |

Before the Court is Plaintiff's request to dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed an answer or a motion for summary judgment; therefore, the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: January 16, 2009

*Irma E. Gonzalez*
IRMA E. GONZALEZ, Chief Judge
United States District Court

- 1 -                                                                08cv2043 - IEG - CAB